# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JAMAR ORONDE MOORE, | CASE NO. 5:19-CV-01222-JAK (SK) |
| --- | --- |
| Petitioner, | |
| v. | **JUDGMENT** |
| H. ANGELEA, Warden, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: October 15, 2019

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE